

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00074-CV

Stacey **SCOTT**,
Appellant

v.

Larry **FURROW** and Keller Williams Legacy Group,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1125-CV
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Appellant has filed an unopposed motion for extension of time to file her brief, requesting an extension to September 30, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court